UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DONALYA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FLUMGIO TECHNOLOGY INC., et al.,<br><br>    Defendants. | Case No. 24-cv-06991-YGR<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be held in this case on Monday, January 13, 2025, at 2:00 p.m., **via ZOOM WEBINAR VIDEO CONFERENCE.**

The parties shall file a joint case management conference statement seven days in advance of the case management conference date. The statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement."

As set forth in the Court's Standing Order in Civil Cases, these conferences are intended to be substantive and productive. Accordingly, each party shall be represented at the Case Management Conference by counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred to in the CAND CMC Order and Civil L.R. 16-10(b). Failure to do so shall be considered grounds for sanctions.

Oakland, California

Date: October 16, 2024

Edwin Cuenco
Clerk to Judge Yvonne Gonzalez Rogers