**THOMPSON HINE LLP**
Kim S. Sandell (State Bar No. 252321)
  Kim.Sandell@thompsonhine.com
3130 Wilshire Boulevard, Suite 500
Santa Monica, CA 90403-2351
Phone:      310.998.9100
Facsimile:  310.998.9109

*Attorneys for Defendant*
*Huff & Puffers, LLC*

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
  ltfisher@bursor.com
Joshua R. Wilner (State Bar No. 353949)
  jwilner@bursor.com
Luke Sironski-White (State Bar No. 348441)
  lsironski@bursor.com
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DONALYA and JORDAN SANDERS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FLUMGIO TECHNOLOGY INC., SMOKING VAPOR PLUS CA, LLC, VAPE JUICE DEPOT, VAPE ELEMENT, LLC, VAPORDNA, HAPPY DISTRO, AND HUFFERS & PUFFERS, LLC,<br><br>Defendants. | Case No. 4:24-cv-06991-YGR<br><br>**SECOND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT HUFF & PUFFERS, LLC TO RESPOND TO COMPLAINT (LOCAL RULE 6-1(a))**<br><br>Complaint Served: Oct. 18, 2024<br>Current Response Date: Dec. 18, 2024<br>New Response Date: Jan.10, 2025<br><br>Hon. Yvonne Gonzalez Rogers<br>Presiding Judge |

TO THE COURT, THE PARTIES, AND ATTORNEYS OF RECORD:

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 6-1(a) of the Northern District of California Civil Local Rules, Plaintiffs Michael Donalya and Jordan Sanders ("Plaintiffs") on the one hand, and Defendant Huff & Puffers, LLC ("H&P"), erroneously sued herein as Huffers & Puffers, LLC, on the other hand, by and through their respective counsel of record, hereby stipulate to a second extension of time for H&P to respond to Plaintiffs' Complaint, as follows:

1. On October 4, 2024, Plaintiffs filed the instant action in this Court;

2. On October 18, 2024, Plaintiffs served the Complaint on H&P by substituted service and pursuant to such service, H&P's response to the Complaint was due on November 18, 2024;

3. Counsel for Plaintiffs and H&P stipulated to extend H&P's time to respond to the Complaint to December 18, 2024, pursuant to the Stipulation filed November 18, 2024; and

4. Counsel for Plaintiffs and H&P have further agreed, pursuant to Local Rule 6-1(a), to extend H&P's time to respond to the Complaint to January 10, 2025, which date will not alter the date of any event or deadlines already fixed by Court Order.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that H&P's deadline for responding to Plaintiffs' Complaint shall be extended up to and including January 10, 2025.

Dated: December 18, 2024                    THOMPSON HINE LLP


                                            By: */s/ Kim S. Sandell*
                                                Kim S. Sandell
                                                *Attorneys for Defendant Huff & Puffers, LLC*

Dated: December 18, 2024                    BURSOR & FISHER, P.A.


                                            By: */s/ Luke Sironski-White*
                                                Luke Sironski-White
                                                *Attorneys for Plaintiffs*

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that I have obtained consent to file this document from every signatory above.

Dated:  December 18, 2024        THOMPSON HINE LLP


By:  */s/ Kim S. Sandell*
     Kim S. Sandell
     Attorneys for Defendant Huff and Puffers, LLC