1  **BURSOR & FISHER, P.A.**
   L. Timothy Fisher (State Bar No. 191626)
2  Joshua R. Wilner (State Bar No. 353949)
   Luke Sironski-White (State Bar No. 348441)
3  1990 North California Blvd., 9th Floor
   Walnut Creek, CA 94596
4  Telephone: (925) 300-4455
   Facsimile: (925) 407-2700
5  E-mail: ltfisher@bursor.com
           jwilner@bursor.com
6          lsironski@bursor.com

7  *Attorneys for Plaintiffs*

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

| MICHAEL DONALYA and JORDAN SANDERS, individually and on behalf of all others similarly situated, | Case No. 4:24-cv-06991-YGR |
|---|---|
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | Hon. Yvonne Gonzalez Rogers |
| FLUMGIO TECHNOLOGY INC., | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Michael Donalya and Jordan Sanders hereby voluntarily dismiss with prejudice their claims against Defendant Flumgio Technology, Inc.

Dated: May 27, 2025                     **BURSOR & FISHER, P.A.**

By:    */s/ L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Joshua R. Wilner (State Bar No. 353949)
Luke Sironski-White (State Bar No. 348441)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
           jwilner@bursor.com
           lsironski@bursor.com

*Attorneys for Plaintiffs*